| | |
|---|---|
| DISTRICT COURT, COUNTY OF BOULDER, COLORADO<br>Court Address: 1777 6th Street, Boulder, Colorado 80302<br><br>**Plaintiff(s): IRMA ATANASIO,**<br><br>**Defendant(s): HARTFORD ACCIDENT AND INDEMNITY COMPANY, a Connecticut Corporation**<br><br>Attorney for Plaintiff:<br>Name: Bradley A. Scriven, Esq.<br>Address: 90 Madison Plaza, Suite 302, Denver, Colorado 80206<br>Phone No. (303) 377-8861<br>Facsimile: (303) 377-0418<br>Atty. Reg. No. 19963 | EFILED Document<br>CO Boulder County District Court 20th JD<br>Filing Date: Aug 31 2010 2:00PM MDT<br>Filing ID: 32966450<br>Review Clerk: Debra Crosser<br><br><br>Δ COURT USE ONLY Δ<br><br><br>Case Number:<br><br>Division: |

## SUMMONS

The People of the State of Colorado
To the Defendant(s) named above:

Hartford Accident and Indemnity Company
Registered Agent: Division of Insurance
1560 Broadway
Denver, Colorado 80202

You are summoned and required to file with the clerk of this court an answer or other response to the attached complaint within (20) days after this summons is served on you in the State of Colorado, or within thirty (30) days after this summons is served on you outside the State of Colorado.

If you fail to file your answer or other response to the complaint in writing within the applicable time period, judgment by default may be entered against you by the court for the relief demanded in the compliant, without any further notice to you.

The following documents are also served with this summons: Complaint, Civil Cover Sheet

SISUN & SCRIVEN, P.C.
*Original signature on file at the offices of Sisun & Scriven, P.C.*
s/ Bradley A. Scriven

Dated: August 27, 2010

Bradley A. Scriven, #19963
90 Madison Street, Suite 302
Denver, CO 80206
Telephone: (303) 377-8861

| | |
|---|---|
| DISTRICT COURT, COUNTY OF BOULDER, COLORADO<br>Court Address: 1777 6th Street, Boulder, Colorado 80302<br><br>**Plaintiff(s): IRMA ATANASIO,**<br><br>**Defendant(s): HARTFORD ACCIDENT AND INDEMNITY COMPANY, a Connecticut corporation.**<br><br>Attorney for Plaintiff:<br>Name: Bradley A. Scriven, Esq.<br>Address: 90 Madison Plaza, Suite 302, Denver, Colorado 80206<br>Phone No. (303) 377-8861<br>Facsimile: (303) 377-0418<br>Atty. Reg. No. 19963 | EFILED Document<br>CO Boulder County District Court 20th JD<br>Filing Date: Aug 31 2010 2:00PM MDT<br>Filing ID: 32966450<br>Review Clerk: Debra Crosser<br><br><br>Δ COURT USE ONLY Δ<br><br><br>Case Number:<br><br>Ctrm.: |
| **CIVIL COVER SHEET** ||

This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases.

Check the boxes that applicable to this case.

  Simplified Procedure under C.R.C.P. 16.1 **applies** to this case because this party does not seek a monetary judgment in excess of $100,000.00 against another party, including any attorney fees, penalties or punitive damages but excluding interest and costs and because this case is not a class action or forcible entry and detainer, Rule 106, Rule 120, or other expedited proceeding.

  ☒ Simplified Procedure under C.R.C.P. 16.1, **does not apply** to this case because (check one box below identifying why 16.1 does not apply):

    This party is seeking a monetary judgment for more than $100,000.00 against another party, including any attorney fees, penalties or punitive damages, but excluding interest and costs (see C.R.C.P. 16.1 (c)),

  ☒ This party makes a **Jury Demand** at this time and pays the requisite fee. See C.R.C.P. 38. (Checking this box is optional.)

            *Original Signature on file at the offices of*
            *Sisun & Scriven, P.C.*

Date:_____        s/ Bradley A. Scriven

| | |
|---|---|
| DISTRICT COURT, COUNTY OF BOULDER, COLORADO<br>Court Address: 1777 6th Street, Boulder, Colorado 80302<br><br>**Plaintiff(s): IRMA ATANASIO,**<br><br>**Defendant(s): HARTFORD ACCIDENT AND INDEMNITY COMPANY, a Connecticut corporation.**<br><br>Attorney for Plaintiff:<br>Name: Bradley A. Scriven, Esq.<br>Address: 90 Madison Plaza, Suite 302, Denver, Colorado 80206<br>Phone No. (303) 377-8861<br>Facsimile: (303) 377-0418<br>Atty. Reg. No. 19963 | EFILED Document<br>CO Boulder County District Court 20th JD<br>Filing Date: Aug 31 2010 2:00PM MDT<br>Filing ID: 32966450<br>Review Clerk: Debra Crosser<br><br><br>Δ COURT USE ONLY Δ<br><br><br>Case Number:<br><br>Ctrm.: |
| **COMPLAINT** ||

Plaintiff, Irma Atanasio, by and through her attorneys, SISUN & SCRIVEN, P.C., hereby files her Complaint against the above named defendant and would state and allege as follows:

## GENERAL ALLEGATIONS

1. At all times relevant herein Irma Atanasio ("Plaintiff") resided at 20920 Kelly Place, Denver, Colorado 80249.

2. At all times relevant herein Defendant Hartford Accident and Indemnity Company ("Defendant") was a Connecticut corporation with a principal place of business located at One Hartford Plaza, Hartford, Connecticut 06155.

3. The incident giving rise to this Complaint occurred at or near the intersection of Interstate 70 and Peoria Street.

4. Venue is proper in this Court as Defendant is not a resident of this state.

5. On August 10, 2007 Plaintiff's motor vehicle was insured by Defendant for both medical payment benefits and underinsured motorist benefits.

6. On or about August 10, 2007 Plaintiff was operating a motor vehicle traveling westbound on Interstate 70 approaching Peoria Street. At that place and time Plaintiff was required to slow her vehicle due to traffic conditions.

7. On or about August 10, 2007 Jamie Acuncius was operating a motor

vehicle traveling westbound on Interstate 70 approaching Peoria Street. At that place and time Ms. Acuncius did negligently and carelessly operate her motor vehicle failing to recognize that traffic in front of her was slowing and struck Plaintiff from behind.

8. As a direct result of Ms. Acuncius' negligent actions Plaintiff has suffered injuries and damages. Ms. Acuncius' conduct was not only negligent but it was negligent *per se* as she violated Colorado Statutes C.R.S. sect. 42-4-1108 and 42-4-1402 and Plaintiff was within the class of persons to be protected by these statutes.

9. As a direct result of Mr. Acuncius' actions Plaintiff has sustained economic loss, non-economic loss and permanent injury.

10. At all times relevant herein Plaintiff acted reasonably under the circumstances.

11. At no time was Ms. Acuncius faced with a sudden emergency.

12. The subject accident was not the result of an Act of God.

13. On or about March 29, 2010 Plaintiff resolved a personal injury claim with Ms. Acuncius for her limits of liability coverage. Plaintiff requested and received Defendant's permission to enter into the settlement with Ms. Acuncius. Unfortunately, these limits of insurance coverage did not fully compensate Plaintiff for the injuries suffered in the subject incident.

14. Pursuant to the insurance contract Defendant is obligated to compensate Plaintiff for her injuries, damages and losses related to the negligent conduct of Ms. Acuncius.

15. As a result of the above described motor vehicle accident Plaintiff has presented a claim to Defendant to pay for her injuries, damages and losses related to the subject incident.

16. The parties to this action have been unable to amicably resolve the claim related to the injuries, damages and losses resulting from the negligent conduct of Ms. Acuncius requiring that the matter be submitted to the jurisdiction of this Court.

17. Plaintiff has met all conditions precedent to bringing this claim. Plaintiff has paid all necessary premiums and the subject contract of insurance was in full force and effect at the time of the above described motor vehicle accident.

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in her favor and against the defendant for compensatory damages including economic, non-economic and permanent injury and disfigurement. Plaintiff requests an award of interest

(Pre and Post judgment) from the time of the subject incidents and all costs allowable by law.

**PLAINTIFF DEMANDS A JURY OF SIX**

Respectfully submitted,

SISUN & SCRIVEN, P.C.
*Original signature available at the offices*
*Of Sisun & Scriven, P.C.*


s/ Bradley A. Scriven

Plaintiffs' address:
20920 Kelly Place
Denver, Colorado 80249.

| | EFILED Document |
|---|---|
| DISTRICT COURT, BOULDER COUNTY, COLORADO <br><br> 1777 Sixth Street <br> Boulder, Colorado 80302 | CO Boulder County District Court 20th JD <br> Filing Date: Sep 22 2010 2:57PM MDT <br> Filing ID: 33390385 <br> Review Clerk: Natascha Wise |
| **Plaintiff:** <br><br> **IRMA ATANASIO** <br><br> v. <br><br> **Defendant:** <br><br> **HARTFORD ACCIDENT AND INDEMNITY COMPANY, a Connecticut corporation** | ▲ **COURT USE ONLY** ▲ <br><br> Case Number: **10 CV 954** <br><br> Courtroom: |
| Attorney: Arthur J. Kutzer, #18878 <br> Address: **Senter Goldfarb & Rice, L.L.C.** <br> 1700 Broadway, Suite 1700 <br> Denver, CO 80290 <br> Phone No.: 303-320-0509 <br> Fax No.: 303-320-0210 <br> E-mail: akutzer@sgrllc.com | Division: |

### SPECIAL APPEARANCE MOTION FOR EXTENSION OF TIME

By special appearance and without waiving service, jurisdiction, venue or any other defense, Defendant, **HARTFORD ACCIDENT AND INDEMNITY COMPANY, a Connecticut corporation,** by its attorneys, **SENTER GOLDFARB & RICE, L.L.C.**, pursuant to C.R.C.P. 6, hereby moves for an extension of time to file a response to Plaintiffs' Complaint and as grounds therefore, states as follows:

1. Undersigned counsel was first retained by Defendant on Sept. 22, 2010 and has not yet been able to confer with defendant and has no information beyond a copy of the complaint. Plaintiffs' counsel has been contacted advising of defense counsel's retention and of the need for an extension of time by faxed letter and telephone message. Mr. Scriven's office advised he was in a deposition and could only take a message for him. Based on prior dealings with Mr. Scriven in other matters, undersigned counsel believes it is likely Plaintiff will not object to the requested extension of time through and including Oct. 8, 2010. However, in an abundance of caution,

2

undersigned counsel felt it appropriate to seek the extension of time without further conferral or waiting for Plaintiffs position as it is possible the original deadline for a response is today.

       2.      Therefore, undersigned counsel seeks an extension of time to respond to the Complaint, assuming service has been completed, through and including October 8, 2010, to allow counsel for Defendant to locate and confer with Defendant regarding this matter.

**WHEREFORE,** Defendant respectfully requests an extension of time through and including Oct. 8, 2010 within which to respond to Plaintiffs' Complaint.

Respectfully submitted,

**SENTER GOLDFARB & RICE, L.L.C.**

By    s/ Arthur J. Kutzer
Arthur J. Kutzer, #18878
1700 Broadway, Suite 1700
Denver, Colorado 80290
Telephone: 303-320-0509

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 22nd day of September, 2010, a true and exact copy of the above and foregoing **SPECIAL APPEARANCE MOTION FOR EXTENSION OF TIME** was electronically filed with the Court and served upon counsel via LexisNexis File and Serve addressed to:

Bradley A. Scriven
Sisun & Scriven, P.C.
90 Madison Plaza, Suite 302
Denver, CO  80206
*Attorneys for Plaintiff*

/s/ Rita Sinks

 **GRANTED** — The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

/s/ _____

**Thomas Mulvahill**
**Boulder District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

EFILED Document
CO Boulder County District Court 20th JD
Filing Date: Sep 29 2010 11:22AM MDT
Filing ID: 33516953
Review Clerk: N/A

| | |
|---|---|
| DISTRICT COURT, BOULDER COUNTY, COLORADO<br><br>1777 Sixth Street<br>Boulder, Colorado 80302<br><br>**Plaintiff:**<br><br>**IRMA ATANASIO**<br><br>v.<br><br>**Defendant:**<br><br>**HARTFORD ACCIDENT AND INDEMNITY COMPANY, a Connecticut corporation** | ▲ **COURT USE ONLY** ▲<br><br>Case Number: **10 CV 954**<br><br>Courtroom:<br><br>Division: |
| Attorney: Arthur J. Kutzer, #18878<br>Address: **Senter Goldfarb & Rice, L.L.C.**<br>1700 Broadway, Suite 1700<br>Denver, CO 80290<br>Phone No.: 303-320-0509<br>Fax No.: 303-320-0210<br>E-mail: akutzer@sgrllc.com | |

### SPECIAL APPEARANCE MOTION FOR EXTENSION OF TIME

By special appearance and without waiving service, jurisdiction, venue or any other defense, Defendant, **HARTFORD ACCIDENT AND INDEMNITY COMPANY, a Connecticut corporation,** by its attorneys, **SENTER GOLDFARB & RICE, L.L.C.,** pursuant to C.R.C.P. 6, hereby moves for an extension of time to file a response to Plaintiffs' Complaint and as grounds therefore, states as follows:

1. Undersigned counsel was first retained by Defendant on Sept. 22, 2010 and has not yet been able to confer with defendant and has no information beyond a copy of the complaint. Plaintiffs' counsel has been contacted advising of defense counsel's retention and of the need for an extension of time by faxed letter and telephone message. Mr. Scriven's office advised he was in a deposition and could only take a message for him. Based on prior dealings with Mr. Scriven in other matters, undersigned counsel believes it is likely Plaintiff will not object to the requested extension of time through and including Oct. 8, 2010. However, in an abundance of caution,

undersigned counsel felt it appropriate to seek the extension of time without further conferral or waiting for Plaintiffs position as it is possible the original deadline for a response is today.

2.  Therefore, undersigned counsel seeks an extension of time to respond to the Complaint, assuming service has been completed, through and including October 8, 2010, to allow counsel for Defendant to locate and confer with Defendant regarding this matter.

**WHEREFORE,** Defendant respectfully requests an extension of time through and including Oct. 8, 2010 within which to respond to Plaintiffs' Complaint.

> Respectfully submitted,
>
> **SENTER GOLDFARB & RICE, L.L.C.**
>
> By  s/ Arthur J. Kutzer
> Arthur J. Kutzer, #18878
> 1700 Broadway, Suite 1700
> Denver, Colorado 80290
> Telephone: 303-320-0509

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 22nd day of September, 2010, a true and exact copy of the above and foregoing **SPECIAL APPEARANCE MOTION FOR EXTENSION OF TIME** was electronically filed with the Court and served upon counsel via LexisNexis File and Serve addressed to:

Bradley A. Scriven
Sisun & Scriven, P.C.
90 Madison Plaza, Suite 302
Denver, CO 80206
*Attorneys for Plaintiff*

/s/ Rita Sinks